# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

| | |
|---|---|
| **MICHAEL IVY,**  **Plaintiff,**  v.  **RENAL CARE GROUP, INC.,**  **Defendant.** | **CIVIL ACTION NO.2:04 CV 341-P-B** |

## JOINT ORDER TO SUBSTITUTE PROPER DEFENDANT

Plaintiff, Michael Ivy, and Defendant, Renal Care Group, Inc., through their respective counsel of record, have jointly informed the Court that they wish to substitute RCG Mississippi, Inc. as the proper party Defendant in lieu of the presently named Defendant, Renal Care Group, Inc., since RCG Mississippi, Inc. is the corporate entity licensed to do and doing business in Mississippi, employed Plaintiff, and owns the facility in Clarksdale, Mississippi, where Plaintiff worked; therefore RCG Mississippi, Inc. is the proper Defendant in this matter rather than its parent corporation, Renal Care Group, Inc. Finding that the substitution is well founded,

IT IS ORDERED, ADJUDGED, AND DECREED that Renal Care Group, Inc., is hereby dismissed with prejudice and RCG Mississippi, Inc. is hereby substituted as the proper Defendant in this matter.

THIS, THE 14TH DAY OF APRIL, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:


  /s/ Victor Israel Fleitas
VICTOR FLEITAS (MS. BAR # 10259)
P. O. Box 7117
Tupelo, MS  38802
Ph.:  (662) 840-0270
Fax:  (662) 840-1047

Counsel for Plaintiff


   /s/ N. Victoria Holladay
N. VICTORIA HOLLADAY (MS. BAR # 2514)
P. DANIEL RIEDERER (MS BAR # 100329)
FORD & HARRISON LLP
795 Ridge Lake Boulevard, Suite 300
Memphis, Tennessee  38120
Ph.:  (901) 291-1500
Fax:  (901) 291-1501

Counsel for Defendant


MEMPHIS:151659.1