IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MICHAEL IVY                                                                                    PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. 2:04CV341-P-B

RCG MISS., INC.                                                                            DEFENDANT

## ORDER

This cause is before the Court on the defendant's Motion for Summary Judgment [23]. The Court, having reviewed the motion, the response and being otherwise fully advised in the premises, finds as follows, to-wit:

The plaintiff having confessed the motion, the Court finds that the defendant's motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Summary Judgment [23] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 7th day of February, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE