**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**MICHAEL IVY**                                                                                             **PLAINTIFF**

**VERSUS**                                                     **CIVIL ACTION NO. 2:04CV341-P-B**

**RCG MISS., INC.**                                                                         **DEFENDANT**

## **FINAL JUDGMENT**

This cause came on for hearing on defendant's Motion for Summary Judgment [23]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Order entered contemporaneously herewith, the Court finds that the defendant's Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Summary Judgment [23] is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bears its own costs.

This, the 7th day of February, 2006.

                                                                             /s/ W. Allen Pepper, Jr.
                                                                             W. ALLEN PEPPER, JR.
                                                                             UNITED STATES DISTRICT JUDGE